IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JOYCE MARIE GRIGGS,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION |
|  | ) FILE NO. 1:06CV3147-CAP-LTW |
| **AMERIQUEST MORTGAGE COMPANY, and JOHN DOES 1-10,** | ) |
| **Defendants.** | ) |

### AMERIQUEST'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Court Rule 3.3 for the United States District Court for the Northern District of Georgia, Defendant Ameriquest Mortgage Company ("Ameriquest") in the above-styled action submits its Certificate of Interested Persons as follows:

1.  The undersigned Counsel of Record for Ameriquest certifies that the following is a full and complete list of all known parties in this action:

   Plaintiff:   Joyce Marie Griggs

   Defendant:  Ameriquest Mortgage Company

2.  The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations

231369

(including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Interested Persons Related to the Defendant:  <u>None.</u>

3.   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Ameriquest in this proceeding:

<u>John O'Shea Sullivan and Kwende B. Jones, Burr & Forman LLP, 171 Seventeenth Street, N.W., Suite 1100, Atlanta, Georgia 30363.</u>

Respectfully submitted this 8th day of February, 2007.

        s/John O'Shea Sullivan
        John O'Shea Sullivan
        Georgia Bar No. 691305
        shea.sullivan@burr.com
        Kwende B. Jones
        Georgia Bar No. 041155
        kbjones@burr.com
        Attorneys for Defendant
        Ameriquest Mortgage Company

BURR & FORMAN LLP
171 Seventeenth Street, N.W., Suite 1100
Atlanta, Georgia  30363
(404) 815-3000

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th of February, 2007, I served the foregoing **CERTIFICATE OF INTERESTED PERSONS** on the following by electronically filing the same with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to all attorneys of record and by first-class, United States mail, postage prepaid to:

>Audrey Arrington
>1456 Centra Villa Drive, S.W.
>Atlanta, Georgia  30311

>>s/John O'Shea Sullivan
>>John O'Shea Sullivan
>>Georgia Bar No. 691305
>>shea.sullivan@burr.com

231369