```
         UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF GEORGIA
                ATLANTA DIVISION
```

| | |
|---|---|
| JOYCE MARIE GRIGGS,<br><br>          Plaintiff,<br><br>     v.<br><br>AMERIQUEST MORTGAGE COMPANY<br>and JOHN DOES 1-10,<br><br>          Defendants. | CIVIL ACTION<br><br>NO. 1:06-CV-3147-CAP |

## **O R D E R**

This matter is currently before the court on the magistrate judge's final report and recommendation [Doc. No. 5] on defendant Ameriquest Mortgage Company's ("Ameriquest") motion to dismiss [Doc. No. 2]. The plaintiff has not objected to the report and recommendation. After carefully considering the report and recommendation, the court receives it with approval and ADOPTS it as the opinion and order of this court. Accordingly, Ameriquest's motion to dismiss [Doc. No. 2] is GRANTED, IN PART, and DENIED, IN PART. The motion is GRANTED as to its request for a more definite statement, but otherwise DENIED. The plaintiff is ORDERED to file, within 10 days of the date of this order, an amended complaint stating with specificity what claims she is bringing and under what laws, the defendants against whom each claim is being asserted, the particular acts or omissions on which she bases those claims, and,

to the extent the plaintiff is averring fraud, the circumstances on which such claims are based.

SO ORDERED, this <u>24th</u> day of May, 2007.

<u>/s/ Charles A. Pannell, Jr.</u>
CHARLES A. PANNELL JR.
United States District Judge