RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 2 4 2007

JAMES N. HATTEN, Clerk
By: *[signature]* Deputy Clerk

May 21, 2007
Joyce M. Griggs
P.O. Box 4033
SierraVista, AZ 85636
(912) 596-7021

Honorable Judge
U. S. DISTRICT COURT
75 Springs St. SW
Room 2211
Atlanta, GA 30303-3361

RE: Joyce M. Griggs vs. Ameriquest Mortgage
Case NO. 1:06-CV-3147-CAP-LTW

Dear Judge:

I am presently mobilized in support of the "War on Terrorism" by the U.S. Army and stationed in Arizona. I recently returned Bagdad, Iraqi and discovered that the opposing counsel had transferred this case to Federal Court. The State Court Judge had granted a stay in this action because of my military service.

I would like clarification about the transfer because I had assumed that this case could not be transferred because of the stay.

My Attorney in state court is not licensed to practice in Federal Court, therefore I will be handling this smatter until I can find anther attorney and the stay is lifted.

I have enclosed a copy of the stay from State Court.

Thank you,

*[signature]*
Joyce Marie Griggs

Cc: Attorney Kwende B. Jones
171 Seventeenth Street, NW
Suite 1100
Atlanta, GA 30363



IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

FILED IN OFFICE

DEC 05 2006

JOYCE MARIE GRIGGS,
    Plaintiff

vs.

Civil Action No. 2006CV115131

AMERIQUEST MORTGAGE COMPANY AND
JOHN DOES 1-10,
    Defendants

## ORDER

The above-styled case is currently pending before the Court. It has come to the attention of the Court that the Plaintiff was ordered to active military duty.

Therefore, it is HEREBY ORDERED that above-styled case is STAYED pursuant to 50 U.S.C.A. §§ 513, et seq. The Clerk of Court is HEREBY INSTRUCTED to remove the above-styled case from the Court's active docket until August 13, 2007 or until such time as the Court receives notice of the Plaintiff has been removed from active duty.

SO ORDERED this 5th day of November, 2006.

Ural D. Glanville, Judge
Fulton County Superior Court
Atlanta Judicial Circuit

Copies to:
Audrey Arrington-Hawkins, Esq.