UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOYCE MARIE GRIGGS,

      Plaintiff,

v.

AMERIQUEST MORTGAGE COMPANY,

      Defendant.

CIVIL ACTION

NO. 1:06-CV-3147-CAP

O R D E R

The records of this court show that Audrey Arrington is counsel of record in the above listed case. The records further indicate that said attorney has not been admitted to practice in this court, and that she has previously been notified by letter from the clerk of this court of this fact. It appears that said attorney might be violation of Local Rule 83.1.

It is hereby ORDERED that Audrey Arrington have (10) days from receipt of this order to comply with the Bar Admissions requirements of this court, as contained in Local Rule 83.1. Said attorney's failure to comply with the Bar Admission's requirements will subject her to sanctions which might result in a finding of contempt and the striking of all pleadings filed by her in the above action.

SO ORDERED, this <u>31st</u> day of May, 2007.

/s/Charles  A.  Pannell,  Jr.
CHARLES A. PANNELL, JR.
United States District Judge