FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 07 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOYCE MARIE GRIGGS,             CIVIL ACTION NO.
PLAINTIFF,                          1:06-CV-3147-CAP

V.

AMERIQUEST MORTGAGE COMPANY,
DEFENDANT

MOTION FOR EXTENSION

COMES NOW the Plaintiff in the above style case and requests an extension of time to file a response to the Court's order dated May 24, 2007.

Plaintiff requests an extension until after the court rules on the Pending Motion to Remand and Stay.

WHEREFORE, Plaintiff requests that said Motion be granted.

Joyce M. Griggs
Pro Se

P.O. Box 4033
Sierra Vista, AZ 85636
(912) 596-7021

CERTIFICATE OF SERVICE

I CERTIFY THAT I HAVE THIS DAY MAILED A COPY OF THE SAME TO:

Attorney Kwende B. Jones            Attorney Audrey Arrington
171 17th Street, NW, Suite 1100     1456 Centre Villa Drive, SW
Atlanta, GA 30363                   Atlanta, GA 30311

This 4th day of June, 2007.

Joyce M. Griggs
Pro Se

P.O. Box 4033
Sierra Vista, AZ 85636
(912) 596-7021

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOYCE MARIE GRIGGS,

    Plaintiff,

v.

AMERIQUEST MORTGAGE COMPANY
and JOHN DOES 1-10,

    Defendants.

CIVIL ACTION

NO. 1:06-CV-3147-CAP

### O R D E R

This matter is currently before the court on the magistrate judge's final report and recommendation [Doc. No. 5] on defendant Ameriquest Mortgage Company's ("Ameriquest") motion to dismiss [Doc. No. 2]. The plaintiff has not objected to the report and recommendation. After carefully considering the report and recommendation, the court receives it with approval and ADOPTS it as the opinion and order of this court. Accordingly, Ameriquest's motion to dismiss [Doc. No. 2] is GRANTED, IN PART, and DENIED, IN PART. The motion is GRANTED as to its request for a more definite statement, but otherwise DENIED. The plaintiff is ORDERED to file, within 10 days of the date of this order, an amended complaint stating with specificity what claims she is bringing and under what laws, the defendants against whom each claim is being asserted, the particular acts or omissions on which she bases those claims, and,

to the extent the plaintiff is averring fraud, the circumstances on which such claims are based.

SO ORDERED, this <u>24th</u> day of May, 2007.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL JR.
United States District Judge

-2-

DEPARTMENT OF THE ARMY
U.S. ARMY HUMAN RESOURCES COMMAND
1 RESERVE WAY
ST. LOUIS, MO 63132-5200

AHRC-PLM-P                                                                                11 AUG 2006
ORDERS  M-08-601500

GRIGGS JOYCE MARIE              PLM-P           MAJ MI ███████████
1 BAYSPRING COURT                                35D
SAVANNAH GA 31405                                THE RETIRED RESERVE

YOU ARE ORDERED TO ACTIVE DUTY IN RETIRED STATUS FOR THE PERIOD SHOWN, TO
REPORT FOR A PERIOD OF ACTIVE DUTY NOT TO EXCEED 25 DAYS FOR MOBILIZATION
PROCESSING. PROCEED FROM YOUR PRESENT LOCATION IN SUFFICIENT TIME TO REPORT BY
THE DATE SPECIFIED. IF UPON REPORTING FOR ACTIVE DUTY YOU FAIL TO MEET
DEPLOYMENT MEDICAL STANDARDS (WHETHER BECAUSE OF A TEMPORARY OR PERMANENT
MEDICAL CONDITION), THEN YOU MAY BE RELEASED FROM ACTIVE DUTY, RETURNED TO YOUR
RETIRED STATUS, AND RETURNED TO YOUR HOME ADDRESS, SUBJECT TO A SUBSEQUENT
ORDER TO ACTIVE DUTY UPON RESOLUTION OF THE DISQUALIFYING MEDICAL CONDITION.
IF, UPON REPORTING FOR ACTIVE DUTY, YOU ARE FOUND TO SATISFY MEDICAL
DEPLOYMENT STANDARDS, THEN YOU ARE FURTHER ORDERED TO ACTIVE DUTY FOR A PERIOD
NOT TO EXCEED (SEE PERIOD OF ACTIVE DUTY BELOW) DAYS, SUCH PERIOD TO INCLUDE
THE PERIOD (NOT TO EXCEED 25 DAYS) REQUIRED FOR MOBILIZATION PROCESSING.

REPORT TO: W70T31 43D AG BN (573)5960656
   200 OKLAHOMA AVE, BLDG 2100 FORT LEONARD WOOD MO 65473

REPORT DATE: NO LATER THAN 13 AUG 2006 BUT NO EARLIER THAN 13 AUG 2006
PERIOD OF ACTIVE DUTY: NOT TO EXCEED 0365 DAYS UNLESS EXTENDED OR
   TERMINATED BY PROPER AUTHORITY. TO BE REFRAD NLT 12 AUG 2007.
PURPOSE: PARTIAL MOBILIZATION - OPERATION NOBLE EAGLE              (OPNER06)
ASSIGNED TO: W1E882       USAICFH CO C 304TH M
   FT HUACHUCA AZ 85613

ADDITIONAL INSTRUCTIONS: POV AUTHORIZED NOT TO EXCEED CONSTRUCTIVE COST OF
   TRAVEL IAW JFTR PARA U3310. (FEMALES ONLY: IF YOU ARE PREGNANT DO NOT REPORT;
   CALL AHRC TO REPORT YOUR STATUS AND TO REQUEST DEFERMENT, DELETION OR
   MEDICAL GUIDANCE.) SEE PAGE 2 FOR STANDARD MOBILIZATION INSTRUCTIONS.
   PERFORMING IN A TEMPORARY DUTY STATUS. TDY HHG WEIGHT ALLOWANCE AUTHORIZED.
   RETIREE TO REPORT TO FT. LEONARDWOOD FOR ACCESSIONING/REGREENING; PHYSICAL
   EXAM IS REQUIRED. UPON COMPLETION RETIREE WILL SERVE AS AN INSTRUCTOR/WRITER
   AND MOBILE TRAINING TEAM LEADER FOR THE TRAINING DEVELOPMENT AND SUPPORT
   DIVISION AT FT. HUACHUCA, AZ.

FOR ARMY USE:    AUTHORITY: 10 USC 12301D
ACCT CLAS: 21 6/7 2010.0000 01-1100 P1W1A00 11**/12** VONE
           F9FP2 5570 01FFGQ S12120
           21 6/7 2020.0000 01-1100 P135198 21**/22**/25** VONE
           F9FP2 5570 S12120  TAC: C1AB
           SDRN:  GRI2160TL01500

SEX: F     PMOS/AOC/ASI/LIC: 35D            SCTY CL: INTERIM TOP SECRET
MDC:         PEBD: 29 OCT 1975  DOR: 04 MAR 1989  COMP: RETIRED    USARMG: 04

FORMAT: 163

BY ORDER OF THE SECRETARY OF THE ARMY:

*************
*   AHRC    *                    ROBERT T. MARSH
*  OFFICIAL *                    COL, AG
*************                    COMMANDING

DISTRIBUTION:           PACKET: 6M
1 SOLDIER
1 43D AG BN (573)5960656 200 OKLAHOMA AVE, BLDG 2100 FORT LEONARD WOOD MO 65473

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOYCE MARIE GRIGGS,　　　　　　　　　　CIVIL ACTION NO.
PLAINTIFF,　　　　　　　　　　　　　　　　1:06-CV-3147-CAP

V.

AMERIQUEST MORTGAGE COMPANY,
DEFENDANT

## ORDER

The MOTION FOR EXTENSION having been read, considered and good cause shown; SAID MOTION IS HEREBY GRANTED.

_____
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA