Griggs v. Ameriquest Mortgage Company

1:06-CV-3147-CAP

DEAR CLERK AND ALL CONCERNED:

Please note that I will be at the following address from **10 July, 2007-9 August 2007**. I will not be available to receive mail at my PO Box in Arizona.

HOLIDAY INN EXPRES
2118 EMMORTON PARK ROAD
EDGEWOOD, MD 21040

Thank you,

Joyce M. Griggs

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 13 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk