UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOYCE MARIE GRIGGS,        CIVIL ACTION NO.
PLAINTIFF,        1:06-CV-3147-CAP

V.

AMERIQUEST MORTGAGE COMPANY,
DEFENDANT

## SUPPLEMENT TO
## MOTION TO REMAND AND STAY

COMES NOW the Plaintiff in the above style case and states the following:

Pursuant to this court's Order dated June 27, 2007 the following documents are provided:
   a. Letter from service member's commander pursuant to the SCRA, 50 U.S.C. 501, et seq.
   b. Copy of military orders mobilizing service member.

Wherefore, Plaintiff requests that said motion be granted.

Joyce M. Griggs
Pro Se

P.O. Box 4033
Sierra Vista, AZ 85636
(912) 596-7021

## CERTIFICATE OF SERVICE

I CERTIFY THAT I HAVE THIS DAY MAILED A COPY OF THE SAME TO:

Attorney Kwende B. Jones        Attorney Audrey Arrington
171 17th Street, NW, Suite 1100        1456 Centre Villa Drive, SW
Atlanta, GA 30363        Atlanta, GA 30311

This 9th day of July, 2007.

Joyce M. Griggs
Pro Se

P.O. Box 4033
Sierra Vista, AZ 85636
(912) 596-7021



**DEPARTMENT OF THE ARMY**
HEADQUARTERS AND HEADQUARTERS COMPANY
UNITED STATES ARMY INTELLIGENCE CENTER
FORT HUACHUCA, AZ 85613-6000

ATZS-HHC                                                                    09 July 2007

MEMORANDUM FOR RECORD

SUBJECT: Service Member Joyce M. Griggs; Griggs v. Ameriquest, 1:06-CV-3147-CAP

1. This letter is written pursuant to the Service Members Civil Relief Act, 50 USC, 501 et seq. requesting a stay by the service member.

2. Major Griggs' current military duty materially affects her ability to appear and litigate this action at the present time. In the past six months she has traveled extensively to Baghdad, Iraq; Ft. Benning, GA; Ft. Irwin, California; National Ground Intelligence Center in Charlottesville, Virginia and will leave again on July 10, 2007 for Aberdeen Proving Ground in Maryland. Major Griggs' duties are critical and essential to the Army and her unit's mission. She is the lead Officer for the development of training to counter the IED threat which is the number one killer of troops in Iraq.

3. Due to Major Griggs' involvement in the training at Aberdeen Proving Ground, I am not able to provide a date of when the service member will be available to appear. At the time of this letter military leave is not authorized.

4. Enlcosed is a copy of her mobilization orders for your information.

HELMUT E. REIPL
MAJ, MI
Commanding

DEPARTMENT OF THE ARMY
U.S. ARMY HUMAN RESOURCES COMMAND
1 RESERVE WAY
ST. LOUIS, MO 63132-5200

AHRC-PLM-P                                               11 AUG 2006
ORDERS M-06-601500

GRIGGS JOYCE MARIE            PLM-P          MAJ MI
1 BAYSPRING COURT                            35D
SAVANNAH GA 31405                            THE RETIRED RESERVE

YOU ARE ORDERED TO ACTIVE DUTY IN RETIRED STATUS FOR THE PERIOD SHOWN, TO
REPORT FOR A PERIOD OF ACTIVE DUTY NOT TO EXCEED 25 DAYS FOR MOBILIZATION
PROCESSING. PROCEED FROM YOUR PRESENT LOCATION IN SUFFICIENT TIME TO REPORT BY
THE DATE SPECIFIED. IF UPON REPORTING FOR ACTIVE DUTY YOU FAIL TO MEET
DEPLOYMENT MEDICAL STANDARDS (WHETHER BECAUSE OF A TEMPORARY OR PERMANENT
MEDICAL CONDITION), THEN YOU MAY BE RELEASED FROM ACTIVE DUTY, RETURNED TO YOUR
RETIRED STATUS, AND RETURNED TO YOUR HOME ADDRESS, SUBJECT TO A SUBSEQUENT
ORDER TO ACTIVE DUTY UPON RESOLUTION OF THE DISQUALIFYING MEDICAL CONDITION.
IF, UPON REPORTING FOR ACTIVE DUTY, YOU ARE FOUND TO SATISFY MEDICAL
DEPLOYMENT STANDARDS, THEN YOU ARE FURTHER ORDERED TO ACTIVE DUTY FOR A PERIOD
NOT TO EXCEED (SEE PERIOD OF ACTIVE DUTY BELOW) DAYS, SUCH PERIOD TO INCLUDE
THE PERIOD (NOT TO EXCEED 25 DAYS) REQUIRED FOR MOBILIZATION PROCESSING.

REPORT TO: W7UT31 43D AG BN (573)5960656
    200 OKLAHOMA AVE, BLDG 2100 FORT LEONARD WOOD MO 35473

REPORT DATE: NO LATER THAN 13 AUG 2006 BUT NO EARLIER THAN 13 AUG 2006
PERIOD OF ACTIVE DUTY: NOT TO EXCEED 0365 DAYS UNLESS EXTENDED OR
    TERMINATED BY PROPER AUTHORITY. TO BE REFRAD NLT 12 AUG 2007.
PURPOSE: PARTIAL MOBILIZATION - OPERATION NOBLE EAGLE         (OPNEROS)
ASSIGNED TO: W1E882     USAICFH CO C 304TH M
    FT HUACHUCA AZ 85613

ADDITIONAL INSTRUCTIONS: POV AUTHORIZED NOT TO EXCEED CONSTRUCTIVE COST OF
    TRAVEL IAW JFTR PARA U3310. (FEMALES ONLY: IF YOU ARE PREGNANT DO NOT REPORT;
    CALL AHRC TO REPORT YOUR STATUS AND TO REQUEST DEFERMENT, DELETION OR
    MEDICAL GUIDANCE.) SEE PAGE 2 FOR STANDARD MOBILIZATION INSTRUCTIONS.
    PERFORMING IN A TEMPORARY DUTY STATUS. TDY HHG WEIGHT ALLOWANCE AUTHORIZED.
    RETIREE TO REPORT TO FT. LEONARDWOOD FOR ACCESSIONING/REGREENING; PHYSICAL
    EXAM IS REQUIRED. UPON COMPLETION RETIREE WILL SERVE AS AN INSTRUCTOR/WRITER
    AND MOBILE TRAINING TEAM LEADER FOR THE TRAINING DEVELOPMENT AND SUPPORT
    DIVISION AT FT. HUACHUCA, AZ.

FOR ARMY USE:   AUTHORITY: 10 USC 12301D
ACCT CLAS: 21 6/7 2010.0000 01-1100 P1W1A00 11**/12** VONE
           F9FP2 5570 01FFGQ S12120
           21 6/7 2020.0000 01-1100 P135198 21**/22**/25** VONE
           F9FP2 5570 S12120  TAC: C1AB
           SDRN: GRI21807L01500

SEX: F     PMOS/AOC/ASI/LIC: 35D              SCTY CL: INTERIM TOP SECRET
MDC:       PEBD: 29 OCT 1975  DOR: 04 MAR 1989  COMP: RETIRED    USARMG: 04

FORMAT: 163

BY ORDER OF THE SECRETARY OF THE ARMY:

**************
*   AHRC     *              ROBERT T. MARSH
*  OFFICIAL  *              COL, AG
**************              COMMANDING

DISTRIBUTION:              PACKET: 6M
1 SOLDIER
1 43D AG BN (573)5960656 200 OKLAHOMA AVE, BLDG 2100 FORT LEONARD WOOD MO 65473