```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

|  |  |
|---|---|
| JOYCE MARIE GRIGGS, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
|  | : 1:06-CV-3147-CAP |
| AMERIQUEST MORTGAGE COMPANY and JOHN DOES 1-10 | : |
| Defendants. | : |

**O R D E R**

This matter is before the court on the plaintiff's motion to stay and remand to state court [Doc. No. 9]. On June 28, 2007, the court entered an order [Doc. No. 14] indicating that it would consider the plaintiff's motion only if the plaintiff complied with the requirements of the Servicemembers Civil Relief Act, 50 U.S.C. Appx. § 501 et seq., within ten days of the date of the order. The plaintiff submitted the required materials to the court via a July 9, 2007, letter to chambers.

Upon review of the parties' submissions on the issue, the court finds good cause to stay the proceedings pursuant to 50 U.S.C. Appx. § 522(b). The plaintiff's motion [Doc. No. 9] is accordingly GRANTED, IN PART, and DENIED, IN PART. The motion is GRANTED to the extent that the court will STAY this matter until the earlier of the plaintiff's release from active duty or 180 days

from the date of this order.  The court will be willing to entertain further stays of the proceedings upon receipt of proof of the plaintiff's ongoing active service obligations.  The plaintiff's motion is otherwise DENIED.  The clerk is INSTRUCTED to post the materials received by the court in the plaintiff's July 9, 2007, letter to the docket.

    SO ORDERED this <u>16th</u> day of July, 2007.

<u>/s/ Charles A. Pannell, Jr.</u>
CHARLES A. PANNELL, JR.
United States District Judge