UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOYCE MARIE GRIGGS, <br><br> Plaintiff, <br> v. <br> AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation, <br><br> Defendant. | CIVIL ACTION <br> NO. 1:06-CV-3147-CAP-LTW |

### O R D E R

This action was removed to this court December 29, 2006. Pursuant to Local Rule 83.1, counsel for plaintiff, Audrey Arrington should have been admitted to the bar of this Court, and according to the record, this has not been done.

IT IS THEREFORE ORDERED that counsel for the plaintiff, Audrey Arrington, show cause in writing within ten (10) days of date of entry of this order why the Clerk should not strike her name as counsel of record from the docket. Upon expiration of the aforesaid ten days, the Clerk is DIRECTED to submit this case to the Court for further action.

SO ORDERED, this  14th  day of September, 2007.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge