Case: 1:06cv3147

Joyce Marie Griggs
Holiday Inn Express
2118 Emmorton Park Road
Edgewood, MD 21040

---

*************** ATTENTION ***************

If you are a bar member in good standing with the Northern District of Georgia or a PHV attorney, electronic filing became mandatory for ALL attorneys effective July 15, 2005.  Register now for an ECF userid and password.
Please visit http://www.gand.uscourts.gov to sign up as an ECF user.
You may also call 404-215-1600.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOYCE MARIE GRIGGS,

        Plaintiff,

    v.

AMERIQUEST MORTGAGE COMPANY, a
Delaware Corporation,

        Defendant.

CIVIL ACTION

NO. 1:06-CV-3147-CAP-LTW

O R D E R

This action was removed to this court December 29, 2006. Pursuant to Local Rule 83.1, counsel for plaintiff, Audrey Arrington should have been admitted to the bar of this Court, and according to the record, this has not been done.

IT IS THEREFORE ORDERED that counsel for the plaintiff, Audrey Arrington, show cause in writing within ten (10) days of date of entry of this order why the Clerk should not strike her name as counsel of record from the docket. Upon expiration of the aforesaid ten days, the Clerk is DIRECTED to submit this case to the Court for further action.

SO ORDERED, this __14th__ day of September, 2007.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, S.W.
ATLANTA, GEORGIA 30303-3361

OFFICIAL BUSINESS

FIRST CLASS

$00.41°
PITNEY BOWES
02 1A
0004398609
MAILED FROM ZIP CODE 30303
SEP 17 2007

Return to Sender

NIXIE          212 DE 1                    00  09/25/07
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD

BC: 30303395199          *1724-20177-17-40