```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

JOYCE MARIE GRIGGS,

    Plaintiff,

v.         CIVIL ACTION
    NO. 1:06-CV-3147-CAP

AMERIQUEST MORTGAGE COMPANY,

    Defendant.

**O R D E R**

On September 17, 2007, the court directed Audrey Arrington, counsel for the plaintiff, to show cause in writing within ten days why the clerk should not strike her name as counsel of record from the docket for failure to be admitted to the bar of this court [Doc. No. 18]. Because Arrington did not respond to the order, she is accordingly TERMINATED as counsel of record for the plaintiff, who shall proceed pro se.

Additionally, the latest address given by the plaintiff appears to no longer be valid. The copy of the September 17 order sent to the plaintiff at the Holiday Inn Express in Edgewood, Maryland was returned as undeliverable to the court. The plaintiff is accordingly INSTRUCTED to provide the court with a valid mailing address and to notify the court promptly as to all future changes of address.

SO ORDERED this <u>12th</u> day of December, 2007.

                                        <u>/s/Charles A. Pannell, Jr.</u>
                                        CHARLES A. PANNELL, JR.
                                        United States District Judge