IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

JOYCE M. GRIGGS
PLAINTIFF

CASE NO.:1:06-CV-03137-CAP-LTW

VS.

AMERIQUEST MORTGAGE, et el.
DEFEDANTS.

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

JAN 1 4 2008

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

### NOTICE OF ADDRESS

COMES NOW, the Plaintiff and notice the following addresses:

LTC Joyce M. Griggs
901 N. Nelson St. #1308
Arlington, VA 22203

Plaintiff will be traveling throughout the week with the Military and will be available to receive mail on the weekends. She will be at this address until March 31, 2008 and at the Arizona address after said date.    The address is:

LTC Joyce M. Griggs
P. O. Box 4033
Sierra Vista, AZ 85636.

Joyce M. Griggs

### CERTIFICATE OF SERVICE

I certify that I have this day 9 January 2008, mailed a copy to:

John O' Shea Sullivan
171 17th Street, NW
Suite 100
Atlanta, GA 30363