FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 2 3 2008

JAMES N. HATTEN - CLERK
By: _____
Deputy Clerk

IN THE US DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

JOYCE M. GRIGGS
PLAINTIFF,                            CASE #1:06-CV-03147-CAP-LTW
VS.
AMERIQUEST MORTGAGE, ET. EL.
DEFENDANTS

## MOTION TO TRANSFER

COMES NOW, the Plaintiff and requests that this court transfer the above case to the Multi District Litigation  Division pursuant to Panel Rule 1.1.  Plaintiff would also show that she is still on active duty with the U.S. Army in support of the Global War on Terrorism and constantly on temporary duty (traveling).

WHEREFORE,  Plaintiff requests that said motion be granted.

Joyce M. Griggs
Pro Se

901 N. Nelson St.#1308
Arlington, VA 22203

## CERTIFICATE OF SERVICE

I certify that I have this day, January 15, 2008 mailed a copy of the same to:

John Sullivan, Esq.
171 Seventeenth Street N.W., Suite 1100
Atlanta, GA 30363

Joyce M. Griggs
Pro Se

IN THE US DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

JOYCE M. GRIGGS                           CASE #1:06-CV-03147-CAP-LTW
PLAINTIFF,
VS.
AMERIQUEST MORTGAGE, ET. EL.
DEFENDANTS

ORDER

The Motion to Transfer having been presented and good cause shown, said

motion is hereby Granted.

So Ordered this _____ day of January, 2008.


_____

U.S. District Court
Northern District of Georgia

Joyce Griggs
901 N. Nelson St. #1308
Arlington, VA 22203

**VIA US MAIL**

January 16, 2008

United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255
North Lobby
Washington, DC 20002-8004

Dear MDL Panel:

  This letter serves to provide notice to the Judicial Panel on Multidistrict Litigation of a potential "tag-along" action as defined in Panel Rule 1.1. I am a pro se litigant in the case <u>Joyce Marie Griggs v. Ameriquest Mortgage Company, and John Does 1-10</u>, case number 1:06CV3147-CAP-LTW that is currently pending in the United States District Court for the Northern District of Georgia, Atlanta Division. I have attached a copy of the complaint that was originally filed in Georgia state court, Notice of Removal and the current docket sheet. I believe that this case is a potential "tag-along" action to <u>IN RE Ameriquest Mortgage Co. Mortgage Practices Litigation</u>, MDL 1715 that is currently pending in the United States District Court for the Northern District of Illinois.

Sincerely,

Joyce Griggs