IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 1 9 2008

JAMES N. HATTEN, CLERK
By: [signature]

JOYCE MARIE GRIGGS,
PLAINTIFF

CIVIL ACITN NO.1:06CV3147-CAP-LTW

VS.

AMERIQUEST MORTGAGE COMPANY,
AND JOHN DOES 1-10,
DEFENDANTS

### RESPONSE TO RENEWED MOTION TO DISMISS

COMES NOW Plaintiff and responds to Defendant's Renewed Motion To Dismiss and states the following:

1. Plaintiff has been mobilized during the course of this case and is still mobilized by the U. S. Army in support of the Global War on Terrorism.

2. Plaintiff was mobilized to Iraq and other locations (Arzonia, South Carolina, Aberdeen, Maryland, Charlottesville, VA; Barstow, CA; Arlington, VA; Boston, Mass.; New Mexico; Orlando, FL) during the course of this case thus making it difficult to obtain mail and respond at times.

3. Plaintiff travels on a weekly basis for the military and presently preparing to travel to the following locations: San Franscio, San Diego, Los Angeles, Nebraska, Texas, Arizona; Washington State)

4. Plaintiff's original counsel, Audrey Arrington obtained an ex parte order from the Superior Court of Fulton County staying this action pursuant to Federal law.

5. On January 16, 2008, Plaintiff petitioned the Judicial Panel on Multidistrict Litigation to transdfer this action to the Northern District of Illinois.

6. It appears that Defendants and their counsel have no respect or concern for those serving in uniform to protect their rights.

7. Defendants' counsel allege that Plaintiff's complaint was incompetent. However, it is written in plain English that even a 5th grader could understand.

8. Plaintiff states again that she is protected pursuant to Federal law, the Service-members Civil Relief Act.

9. On February 11, 2008, the Judicial Panel on Multidistrict Litigation issued a conditional transfer order.

10. Defendants' Motion is moot based on the Judicial Panel on Multidistrict Litigation order dated Februay 11, 2008.

WHEREFORE, Plaintiff requess that Defendant's motion be denied and said case transfer be accepted by this court.

Joyce M. Griggs
Pro se

901 N. Nelson St. #1308
Arlington, VA 22203

## CERTIFICATE OF SERVICE

I certify that I have this day mailed a copy of the same to:

Kwende B. Jones
Burr & Forman LLP
171 Seventeenth St. NW, Suite 100
Atlanta, GA 30363

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 11 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

MDL No. 1715

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-37)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 300 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel