# UNITED STATES JUDICIAL PANEL
on
# MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

MEMBERS:
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

February 27, 2008

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL No. 1715 -- IN RE: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

(See Attached CTO-37)

Dear Mr. Dobbins:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on February 11, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge Marvin E. Aspen
    Transferor Judges:   (See Attached List of Judges)
    Transferor Clerks:   Charles R. Diard, Jr.; James N. Hatten; Jeffrey A. Apperson; David J. Weaver

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 11 2008

FILED CLERK'S OFFICE

FEB 29 2008

JAMES N. HATTEN, CLERK
BY: [signature] Deputy Clerk

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

MDL No. 1715

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-37)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 300 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 27 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION                                  MDL No. 1715

### SCHEDULE CTO-37 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA SOUTHERN** | |
| ~~ALS   1   07-859~~ | ~~Minnie A. Lindsay, et al. v. Ameriquest Mortgage Co., Inc., et al.~~ |
|  | Opposed 2/27/08 |
| ALS   1   07-882 | Claude Williams, et al. v. Ameriquest Mortgage Co. |
| ALS   1   08-44 | Madison Pittman, et al. v. Ameriquest Mortgage Co. |
| **GEORGIA NORTHERN** | |
| GAN   1   06-3147 | Joyce Marie Griggs v. Ameriquest Mortgage Co. |
| **KENTUCKY WESTERN** | |
| KYW   3   08-47 | James E. Null, et al. v. Ameriquest Mortgage Co., et al. |
| **MICHIGAN EASTERN** | |
| MIE   2   08-10137 | Kevin P. White, et al. v. WM Specialty Mortgage, LLC, et al. |

**IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE**
**LENDING PRACTICES LITIGATION**                                          MDL No. 1715

## INVOLVED COUNSEL LIST (CTO-37)

Stephen James Bumgarner
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203

Gregory C. Cook
BALCH & BINGHAM LLP
1710 Sixth Avenue North
P.O. Box 306
Birmingham, AL 35201-0306

Joyce Marie Griggs
901 North Nelson Street
Suite 1308
Arlington, VA 21040

Bernard E. LeSage
BUCHALTER NEMER PC
1000 Wilshire Blvd.
Suite 1500
Los Angeles, CA 90017

C. Knox McLaney, III
MCLANEY & ASSOCIATES PC
509 South Court Street
P.O. Box 4276
Montgomery, AL 36111

Marvin Allen Miller
MILLER LAW LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603

James K. Murphy
LYNCH COX GILMAN & MAHAN PSC
500 West Jefferson Street
Suite 2100
Louisville, KY 40202

Kenneth J. Riemer
166 Government Street
Suite 100
Mobile, AL 36602

Dominic J. Rizzi
FAUCHER & CAFFERTY
30 N. LaSalle Street
Suite 3200
Chicago, IL 60602

Thomas M. Schehr
DYKEMA GOSSETT PLLC
400 Rennaisance Center
35th Floor
Detroit, MI 48243-1668

Fred R. Schmerberg
209 East Michigan Avenue
Saline, MI 48176

John O'Shea Sullivan
BURR & FORMAN LLP
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, GA 30363

Earl P. Underwood, Jr.
LAW OFFICES OF EARL P UNDERWOOD JR
21 South Section Street
P.O. Box 969
Fairhope, AL 36533-0969

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 West Wacker Drive, 45th Floor
Chicago, IL 60601

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION                                    MDL No. 1715

## INVOLVED JUDGES LIST (CTO-37)

Hon. William E. Cassady
U.S. Magistrate Judge
306 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3624

~~Hon. Kristi K. DuBose~~
~~U.S. District Judge~~
~~101 John A. Campbell U.S. Courthouse~~
~~113 St. Joseph Street~~
~~Mobile, AL 36602-3606~~

Hon. Bert W. Milling, Jr.
U.S. Magistrate Judge
301 U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602

Hon. Charles A. Pannell, Jr.
U.S. District Judge
2367 Richard B. Russell Federal Bldg.
   & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Hon. John G. Heyburn II
Chief Judge, U.S. District Court
239 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202-2227

Hon. Victoria A. Roberts
U.S. District Judge
123 Theodore Levin United States Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226