

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS                                                      312-435-5698


March 25, 2008

James N. Hatten,  Clerk of Court
Northern District of Georgia
2211 Richard B. Russell Federal Bldg
United States Courthouse
75 Spring Street S.W.
Atlanta, GA 30303-3309


Dear Clerk:


**Re: MDL 1715 -- In re: "Ameriquest Mortgage Co. Mortgage Lending Practices  Litigation**


Your case number:    Joyce Marie Griggs   vs.   Ameriquest  Mortgage Co.


Our case number:    **08 cv 1583 - Northern District of Illinois**


Dear Clerk:


Enclosed is a certified copy of the Conditional Transfer Order from  the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned Judge Marvin E. Aspen .


Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois.  Your prompt attention to this matter is greatly appreciated.


Sincerely,


Michael W. Dobbins

Clerk


by:    Willie A. Haynes
Supervisor of Operations