A CERTIFIED TRUE COPY

FEB 27 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 11 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

MDL No. 1715

(SEE ATTACHED SCHEDULE)

FILED           CEM
FEBRUARY 27, 2008
08CV1583
JUDGE ASPEN

### CONDITIONAL TRANSFER ORDER (CTO-37)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 300 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 27 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By s/ WILLIE A. HAYNES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: MARCH 25, 2008

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION                                    MDL No. 1715

## SCHEDULE CTO-37 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**                **CASE CAPTION**

**ALABAMA SOUTHERN**
~~ALS  1  07-859~~              ~~Minnie A. Lindsay, et al. v. Ameriquest Mortgage Co., Inc., et al.~~
                                                    Opposed 2/27/08
ALS  1  07-882              Claude Williams, et al. v. Ameriquest Mortgage Co.  -  08cv1581
ALS  1  08-44               Madison Pittman, et al. v. Ameriquest Mortgage Co.  -  08cv1582

**GEORGIA NORTHERN**
GAN  1  06-3147             Joyce Marie Griggs v. Ameriquest Mortgage Co.  -  08cv1583

**KENTUCKY WESTERN**
KYW  3  08-47               James E. Null, et al. v. Ameriquest Mortgage Co., et al.  -  08cv1584

**MICHIGAN EASTERN**
MIE  2  08-10137            Kevin P. White, et al. v. WM Specialty Mortgage, LLC, et al. -  08cv1585