4months, CLOSED, LTW, TIL

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: 1:06–cv–03147–CAP

Griggs v. Ameriquest Mortgage Company et al  
Assigned to: Judge Charles A. Pannell, Jr  
Case in other court:     Superior Court of Fulton County, 2006–CV–115131  
Cause: 15:1601 Truth in Lending

Date Filed: 12/29/2006  
Date Terminated: 03/25/2008  
Jury Demand: None  
Nature of Suit: 371 Truth in Lending  
Jurisdiction: Federal Question

**Plaintiff**

**Joyce Marie Griggs**  represented by  **Joyce Marie Griggs**  
901 N. Nelson St.  
#1308  
Arlington, VA 22203  
PRO SE

**Audrey Arrington**  
Law Office of Audrey Arrington  
1456 Centre Villa Drive, SW  
Atlanta, GA 30311  
404–752–6249  
Fax: 404–752–0543  
*TERMINATED: 12/12/2007*  
*LEAD ATTORNEY*

V.

**Defendant**

**Ameriquest Mortgage Company**  represented by  **John O'Shea Sullivan**  
*A Delaware Corporation*  
Burr &Forman, LLP–ATL  
171 17th Street, NW  
Suite 1100  
Atlanta, GA 30363  
404–815–3000  
Fax: 404–817–3244  
Email: ssulliva@burr.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Kwende B. Jones**  
Burr &Forman  
171 17th Street, NW  
Suite 1100  
Atlanta, GA 30363  
404–815–3000  
Email: kbjones@burr.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does 1–10**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2006 | " 1 | NOTICE OF REMOVAL with COMPLAINT filed by Ameriquest Mortgage Company. Consent form to proceed before U.S. Magistrate and pretrial instructions provided. (Filing fee $ 350.00 receipt number 559741) (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Civil Cover Sheet)(epm) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 01/03/2007) |
| 01/08/2007 | " 2 | MOTION to Dismiss with Brief In Support by Ameriquest Mortgage Company. (Attachments: # 1 Brief)(Sullivan, John) (Entered: 01/08/2007) |
| 02/07/2007 | " | Submission of 2 MOTION to Dismiss, submitted to Magistrate Judge Linda T. Walker. (adg) (Entered: 02/07/2007) |
| 02/08/2007 | " 3 | Certificate of Interested Persons by Ameriquest Mortgage Company. (Sullivan, John) (Entered: 02/08/2007) |
| 02/08/2007 | " 4 | PRELIMINARY REPORT AND DISCOVERY PLAN filed by Ameriquest Mortgage Company. (Sullivan, John) (Entered: 02/08/2007) |
| 04/25/2007 | " 5 | REPORT AND RECOMMENDATION recommending granting in part and denying in part 2 MOTION to Dismiss filed by Ameriquest Mortgage Company. Signed by Judge Linda T. Walker on 4/25/07. (Attachments: # 1 Order for Service)(rth) (Entered: 04/25/2007) |
| 05/24/2007 | " 6 | ORDER ADOPTING 5 Report and Recommendation; GRANTING IN PART AND DENYING IN PART 2 Motion to Dismiss. The motion is GRANTED as to its request for a more definite statement, but otherwise DENIED. The plaintiff is ORDERED to file,within 10 days of the date of this order, an amended complaint stating with specificity what claims she is bringing and under what laws, the defendants against whom each claim is being asserted, the particular acts or omissions on which she bases those claims, and, to the extent the plaintiff is averring fraud, the circumstances on which such claims are based. Signed by Judge Charles A. Pannell Jr. on 5/24/2007. (adg) (Entered: 05/24/2007) |
| 05/24/2007 | " 7 | NOTICE by Joyce Marie Griggs regarding stay of state court action and notice to proceed pro se. (adg) (Entered: 05/25/2007) |
| 05/25/2007 | " | Copy of 6 Order adopting Report and Recommendation mailed to pro se plaintiff Joyce Griggs at P.O. Box 4033, Sierra Vista, AZ 85636. (adg) (Entered: 05/25/2007) |
| 05/25/2007 | " | Copy of docket sheet mailed to pro se plaintiff Joyce Griggs. (adg) (Entered: 05/25/2007) |
| 05/31/2007 | " 8 | ORDER Audrey Arrington shall have (10) days from receipt of this order to comply with the Bar Admissions requirements of this court, as contained in Local Rule 83.1. Said attorney's failure to comply with the Bar Admission's requirementswill subject her to sanctions which might result in a finding of contempt and the striking of all pleadings filed by her in the above action. Signed by Judge Charles A. Pannell Jr. on 5/31/2007. (adg) (Entered: 06/01/2007) |
| 06/04/2007 | " 9 | MOTION to Stay and MOTION to Remand to State Court by Joyce Marie Griggs., (adg) (Entered: 06/06/2007) |

| | | |
|---|---|---|
| 06/06/2007 | " 10 | NOTICE OF REQUIREMENT TO FILE ELECTRONICALLY pursuant to Standing Order 04–01 as to Audrey Arrington re 9 MOTION to Stay and MOTION to Remand to State Court. (adg) (Entered: 06/06/2007) |
| 06/07/2007 | " 11 | (Pro Se) MOTION to Stay and MOTION to Remand to State Court by Joyce Marie Griggs., (Attachments: # 1 Text of Proposed Order)(adg) (Entered: 06/12/2007) |
| 06/07/2007 | " 12 | (Pro Se) MOTION for Extension of Time to File Response re: 6 Order on Motion to Dismiss, Order on Report and Recommendation, by Joyce Marie Griggs. (Attachments: # 1 Text of Proposed Order)(adg) (Entered: 06/12/2007) |
| 06/18/2007 | " 13 | RESPONSE in Opposition re 12 MOTION for Extension of Time to File Response re: 6 Order on Motion to Dismiss, Order on Report and Recommendation,,,,, 9 MOTION to Stay MOTION to Remand to State Court, 11 MOTION to Stay MOTION to Remand to State Court filed by Ameriquest Mortgage Company. (Sullivan, John) (Entered: 06/18/2007) |
| 06/21/2007 | " | Submission of 11 MOTION to Stay, MOTION to Remand to State Court, 9 MOTION to Stay, MOTION to Remand to State Court, submitted to Magistrate Judge Linda T. Walker. (adg) (Entered: 06/21/2007) |
| 06/21/2007 | " | Submission of 12 MOTION for Extension of Time to File Response re: 6 Order on Motion to Dismiss, Order on Report and Recommendation, 8 Order,submitted to District Judge Charles A. Pannell. (adg) (Entered: 06/21/2007) |
| 06/28/2007 | " 14 | ORDER directing the plaintiff to submit the letter(s) required by the SCRA to the court within 10 days of the date of this order. The clerk is INSTRUCTED toresubmit this order to the court after 10 days. GRANTING 12 Motion for Extension of Time for plaintiff to respond to 6 Order. The court will set forth a time line for the plaintiff to comply with the May 24 order upon the expiration of the 10 day period provided for the plaintiff to comply with the requirements of the SCRA.. Signed by Judge Charles A. Pannell Jr. on 6/27/2007. (adg) (Entered: 06/29/2007) |
| 07/13/2007 | " 15 | NOTICE of Change of Address for Joyce Marie Griggs (7/10/07−8/9/07) (adg) (Entered: 07/17/2007) |
| 07/13/2007 | " 16 | SUPPLEMENT to 9 MOTION to Stay MOTION to Remand to State Court, 11 MOTION to Stay MOTION to Remand to State Court filed by Joyce Marie Griggs. (adg) (Entered: 07/17/2007) |
| 07/16/2007 | " 17 | ORDER granting 9 Motion to Stay; DENYING 9 Motion to Remand to State Court. The court will STAY this matter until the earlier of the plaintiff's release from active duty or 180 days from the date of this order. The court will be willing to entertain further stays of the proceedings upon receipt of proof of the plaintiff's ongoing active service obligations. The plaintiff's motion is otherwise DENIED. The clerk is INSTRUCTED to post the materials received by the court in the plaintiff's 7/9/2007, letter to the docket. Signed by Judge Charles A. Pannell Jr. on 7/16/2007. (adg) (Entered: 07/17/2007) |
| 09/17/2007 | " 18 | ORDER directing counsel for Plaintiff, Audrey Arrington, to show cause in writing within ten (10) days of the date of entry of this order why the Clerk should not strike her name from the docket as counsel of record (counsel is not admitted to the Bar of this Court). Signed by Judge Charles A. Pannell, Jr. on 9/14/07. (dfb) (Entered: 09/17/2007) |
| 10/01/2007 | " 19 | Mail Returned as Undeliverable. Mail sent to Joyce Marie Griggs re 18 Order to Show Cause, (clk) (Entered: 10/03/2007) |
| 10/05/2007 | " | Submission of 18 Order to Show Cause,, submitted to Magistrate Magistrate Judge Linda |

| | | |
|---|---|---|
| | | T. Walker. (clk) (Entered: 10/05/2007) |
| 12/11/2007 | " | Submission of 18 Order to Show Cause,, submitted to District Judge Charles A. Pannell. (yrm) (Entered: 12/11/2007) |
| 12/12/2007 | " 20 | ORDER TERMINATING Audrey Arrington as counsel of record for the plaintiff for her failure to be admitted to the bar of the court. Plaintiff shall proceed pro se. The plaintiff is INSTRUCTED to provide the court with a valid mailing address and to notify the court promptly as to all future changes of address. Signed by Judge Charles A. Pannell, Jr. on 12/12/07. (copy of order mailed to plaintiff at MD and AZ addresses)(dfb) (Entered: 12/13/2007) |
| 01/14/2008 | " 21 | NOTICE of Change of Address for Joyce Marie Griggs (adg) (Entered: 01/16/2008) |
| 01/23/2008 | " 22 | −−*Renewed* MOTION to Dismiss by Ameriquest Mortgage Company. (Attachments: # 1 Exhibits A and B)(Jones, Kwende) Modified on 2/1/2008 to correct docket text (adg). (Entered: 01/23/2008) |
| 01/23/2008 | " 23 | MOTION to Transfer Case to the Multi District Litigation Divisionby Joyce Marie Griggs. (adg) (Entered: 01/30/2008) |
| 02/12/2008 | " | Submission of 23 MOTION to Transfer Case to the Multi District Litigation Division, 22 −−*Renewed* MOTION to Dismiss, submitted to Magistrate Judge Linda T. Walker. (adg) (Entered: 02/12/2008) |
| 02/15/2008 | " 24 | RESPONSE in Opposition re 23 MOTION to Transfer Case to the Multi District Litigation Division filed by Ameriquest Mortgage Company. (Attachments: # 1 Exhibit A and B)(Jones, Kwende) (Entered: 02/15/2008) |
| 02/19/2008 | " 25 | RESPONSE in Opposition re 22 −−*Renewed* MOTION to Dismiss filed by Joyce Marie Griggs. (adg) (Entered: 02/22/2008) |
| 02/29/2008 | " 26 | NOTICE received from JPMDL re: MDL 1517−− in re: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation (CTO−37). (File to be transmitted to USDC Northern District of Illinois upon request) (adg) (Entered: 03/03/2008) |
| 03/25/2008 | " 27 | Letter from Clerk, United States District Court for the Northern District of Illinois requesting transmittal of file for inclusion in MDL 1715. (adg) (Entered: 03/25/2008) |
| 03/25/2008 | " 28 | Conditional Transfer Order (CTO−37) of Judicial Panel on Multidistrict Litigation. Case transferred to the Northern District of Illinois, Eastern Division for inclusion in MDL 1715. (adg) (Entered: 03/25/2008) |
| 03/25/2008 | " | Civil Case Terminated. Judge Magistrate Judge Linda T. Walker terminated from case. (adg) (Entered: 03/25/2008) |