**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05 C 7097 |
| THIS DOCUMENT RELATES TO:<br>*Griggs v. Ameriquest Mortgage Co., et al.*<br>(Indiv. Case No. 08 C 1583) | Centralized before the<br>Hon. Marvin E. Aspen |

**ORDER**

MARVIN E. ASPEN, District Court Judge:

Presently before us is the February 7, 2017 Report and Recommendation ("Report") of Magistrate Judge Daniel G. Martin on Plaintiff Joyce Marie Griggs' renewed motion to set aside and/or motion to enforce settlement. (Indiv. Dkt. No. 52.) We dismissed Griggs' claims against all defendants with prejudice pursuant to a joint stipulation of dismissal on February 24, 2014. (Indiv. Dkt. No. 31.) Griggs filed her pro se motion to set aside the parties' settlement agreement on September 17, 2015. (Dkt. No. 32.) That motion was stricken without prejudice, and she filed the instant renewed motion on November 3, 2016. (Dkt. Nos. 46.) After considering Griggs' renewed motion, along with the response of Defendants Ameriquest Mortgage Company and Ocwen Loan Servicing LLC, the Report recommends that the motion be denied.

Magistrate Judge Martin ordered the parties to file written objections to the Report's proposed findings and recommendations within 14 days. (Report at 8.) No objections were filed by the deadline. After carefully considering the Report and the parties' submissions, we hereby adopt the Report and Recommendation. We agree Griggs' motion is untimely under Federal

Rule of Civil Procedure 60(b), she has failed to establish extraordinary grounds sufficient to warrant the relief she seeks, and her attempt to raise new claims against nonparties is improper. Accordingly, Griggs' renewed motion to set aside and/or motion to enforce settlement is denied. It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: March 1, 2017
Chicago, Illinois